IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DWAYNE DOLLISON JR. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Case Number A05-110-01 CR (RRB)

SENTENCING MEMORANDUM ON BEHALF OF DWAYNE DOLLISON, JR.

COMES NOW Dwayne Dollison, Jr., by and through his attorney, Allan Beiswenger, and hereby submits his sentencing memorandum.

**A. Applicable Guideline Range**

There are no disputed guideline issues in this case. The presentence author has correctly determined that the appropriate base offense level is 14, and after a decrease for acceptance of responsibility, the total offense level is 12. The criminal history category is IV.[1] The resulting guideline imprisonment range would be 21 to 27 months. This was believed to be the relevant range by both the Defendant, and the government, at the time of Mr. Dollison's plea on December 5, 2005. As part of its agreement with Mr. Dollison, the

---

[1] The presentence report indicates in paragraph 52 that the total criminal history points is eight. Mr. Dollison has three points for his prior felony, four points for misdemeanor convictions, and two points for being on probation, for an apparent total of nine points. This would not, however, affect the criminal history category.

government indicated that it would not seek a sentence outside of the guideline range.

**B. Appropriate Sentence**

Mr. Dollison submits that the lower end of the applicable guidelines sentencing range of 21 months should be viewed as a maximum sentence in this case. Though Mr. Dollison does have a fairly significant criminal history for someone 23 years of age, his offenses are not atypical for individuals from similar backgrounds. As the presentence report reflects, Mr. Dollison was treated as a juvenile for some behavioral problems. Though he has habitually used marijuana, he has been able to avoid use of "harder" drugs.

Like many young men, Mr. Dollison has a great deal of unrealized potential. He is intelligent and articulate, and relates well with people. He has the responsibility of being a father to his young children. Hopefully the rehabilitative programs available to him will assist Dr. Dollison while he is incarcerated. He plans to work on obtaining his G.E.D. while he is serving his sentence.

Mr. Dollison will be filing as attachments some photographs showing his family members, and character letters.

Respectfully submitted, etc.