Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office: (907) 868-1280
Fax: (907) 258-6419
Email: beiswenger@ak.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | U.S.D.C. Case Number |
| | ) | A05-110-01 CR (RRB) |
| vs. | ) | |
| | ) | |
| DWAYNE DOLLISON JR. | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice is hereby given that Defendant, Dwayne Dollison, Jr., appeals to the Ninth Circuit court of appeals from the Sentence Only (18 U.S.C. 3742).

Judgment was entered in this action on February 15, 2006.

The Sentence imposed was thirty (30) months on Counts 1 & 2 to be served concurrently.

A transcript of the sentencing hearing held on February 15, 2006, is required, and will be ordered within ten (10) days of the filing of this Notice of Appeal.

Dated this 23rd day of February, 2006.

        /s/Allan Beiswenger
Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office:  (907) 868-1280
Fax:  (907) 258-6419
Email:  beiswenger@ak.net
Attorney for Defendant

CERTIFICATE OF SERVICE
This is to certify that a correct copy of this Notice of
Appeal was served by electronic mail upon
The Office of the United States Attorney, counsel
For the codefendant and Pretrial
Services on the 23rd day of February, 2006.