UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

RECEIVED
MAR 16 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

U.S. Court of Appeals # __06-30152__   U.S. District Court # __A05-110-01CR__

Short Case Title __United States v. Dwayne Dollison__

Date Notice of Appeal Filed by Clerk of District Court __02/23/2006__

### Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | | PROCEEDINGS |
|---|---|---|---|
| ~~02/15/2006~~ | | | VOIR DIRE |
| | | | OPENING STATEMENTS |
| | | | SETTLEMENT INSTRUCTIONS |
| | | | CLOSING ARGUMENTS |
| | | | JURY INSTRUCTIONS |
| | | | PRE-TRIAL PROCEEDINGS |
| 02/15/2006 | Caroline Edmiston | OTHER | Sentencing |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __03/16/2006__   Estimated Date for Completion __04/15/2006__

Signature of Attorney __[signature]__   Phone Number __(907) 868-1280__

Address __1101 W. 7th Ave.__
__Anchorage, AK 99501__

### Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

### Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____