RECEIVED

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

MAR 3 0 2006

U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: <u>USA v Dwayne Dollison Jr.</u>
Court of Appeals No. (leave blank if unassigned): 6-30152
U.S. District Court Judge Name and Case No.: <u>Ralph R Beistline 3:05-cr-00110-01-RRB</u>
Date Complaint/Indictment/Petition Filed: <u>12/2/2006</u>
Date Appealed Order/Judgment *entered*: <u>2/15/2006</u>
Date NOA *filed*: <u>2/23/2006</u>
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number: <u>Tina J Grothause (907) 451-5791</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _           Date Docket Fee billed: <u>X</u>
Date FP granted: _                 Date FP denied: _
Is FP pending? no                  Was FP Limited/Revoked?
US Government Appeal?
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                 Appellee Counsel:
Allen D Beiswenger                 Kevin Feldis
1101 W 7th Ave                     222 W 7th Ave #9
Anchorage, AK 99501                Anchorage, AK 99513
(907)868-1280                      (907)271-5071

<u>X</u> retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _       9th Circuit Docket Number: _

Name and phone number of person completing this form: <u>Tina J Grothause (907)451-5791</u>