


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

November 7, 2006

**RECEIVED**
NOV 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

USDC, Anchorage
District of Alaska (Anchorage)
222 W. 7th Avenue
Anchorage, AK 99513

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 06-30152 | USA v. Dollison | CR-05-00110-a-RRB |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Candace Permillion
Deputy Clerk

Enclosure(s)
cc: All Counsel

**FILED**

UNITED STATES COURT OF APPEALS

OCT 17 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30152 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00110-a-RRB |
| v. | District of Alaska, Anchorage |
| DWAYNE DOLLISON, JR., | ORDER |
| Defendant - Appellant. | |

RECEIVED
NOV 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

Appellee's unopposed motion to remand the appeal to the district court for resentencing is granted. Appellant's sentence is vacated. *See United States v. Evans-Martinez*, 448 F.3d 1163, 1167 (9th Cir. 2006). This appeal is remanded to the district court for the purpose of re-sentencing appellant.

**VACATED and REMANDED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
NOV 07 2006
by: Deputy Clerk

MOATT