UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-30152 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00110-a-RRB |
| v. | **JUDGMENT** |
| DWAYNE DOLLISON, JR., | |
| Defendant - Appellant. | |

RECEIVED
NOV 1 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **VACATED and REMANDED**.

Filed and entered 10/17/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
NOV 07 2006
by: _____
Deputy Clerk