UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   DWAYNE DOLLISON JR.  

DATE:   December 6, 2006    CASE NO.   3:05-CR-0110-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                     **SCHEDULING RE-SENTENCING**

---

      Re-sentencing was ordered in this matter by the United States Court of Appeals for the Ninth Circuit, No. 06-30152.

      The parties shall therefore file updated sentencing memoranda with the Court on or before **January 5, 2007**. Re-sentencing shall take place in Anchorage, Alaska, on **January 17, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING RE-SENTENCING