IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DWAYNE DOLLISON JR. )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:05-CR-0110 RRB<br><br>**UNOPPOSED MOTION TO PERMIT DWAYNE DOLLISON JR. TO APPEAR TELEPHONICALLY AT RESENTENCING** |

Comes now the Defendant, Dwayne Dollison, Jr., by and through his attorney of record, Allan Beiswenger, and hereby moves this court for an order permitting him to appear at the resentencing hearing on January 17, 2007 at 9:00 a.m. by telephone from the Atwater Federal Penitentiary in Atwater, California.

This motion is submitted pursuant to D. Alaska Loc. Crim. R.47.1 and is based on the affidavit of counsel filed herewith.

DATED: December 11, 2006

> LAW OFFICES OF
> ALLAN BEISWENGER
> Attorney for Defendant
> Dwayne Dollison, Jr.
>
> s/ Allan Beiswenger
> 1101 W 7th Avenue
> Anchorage, AK  99501
> Phone: (907) 868-1280
> Fax: (907) 258-6419
> E-mail: beiswenger@ak.net
> Alaska Bar No. 7706074

**CERTIFICATE OF SERVICE**

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

AB/AW/Dwayne Dollison/Telephonic Request.doc

1  I hereby certify that on 8 December 2006, a copy of the foregoing was served electronically on Kevin Feldis, Assistant U.S. Attorney and Scott Dattan.

2  s/Allan Beiswenger

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AB/AW/Dwayne Dollison/Telephonic Request.doc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:05-CR-0110 RRB |
| | ) | |
| vs. | ) | |
| | ) | |
| DWAYNE DOLLISON JR. | ) | **PROPOSED ORDER FOR** |
| | ) | **DEFENDANT TO APPEAR** |
| Defendant. | ) | **TELEPHONICALLY FOR** |
| | ) | **SENTENCING** |

On consideration of the defendant's request to appear at resentencing by telephone;

IT IS HEREBY ORDERED that the request is GRANTED. The defendant, Dwayne Dollison Jr., shall be permitted to appear at his resentencing on January 17, 2007 by telephone. The U.S. Marshals Service shall not transport the defendant to the District of Alaska for resentencing without an express order from this court.

Dated: _____

_____
The Honorable Ralph R. Beistline
U.S. DISTRICT COURT JUDGE

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

AB/AW/Dwayne Dollison/Telephonic Request.doc