IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 3:05-CR-0110 RRB |
| ) | |
| vs. ) | |
| ) | |
| DWAYNE DOLLISON JR. ) | **AFFIDAVIT OF ALLAN BEISWENGER** |
| ) | |
| Defendant. ) | |
| _____) | |

U. S. DISTRICT COURT        )
                            )ss.
DISTRICT OF ALASKA          )

I, Allan Beiswenger, being first duly sworn, does state under oath that:

1. I am the attorney for the Defendant in this matter, Dwayne Dollison, Jr.

2. Pursuant to a <u>Minute Order</u> dated December 6, 2006, Document No. 25, this court scheduled the resentencing for January 17, 1007, at 9:00 a.m.

3. Mr. Dollison is incarcerated at the U.S. Penitentiary in Atwater, California.

4. Mr. Dollison now is asking the court for an order that permits him to appear telephonically at the January 17th, 2007, resentencing to avoid interruptions in his rehabilitative and academic classes.

5. Mr. Dollison advised me that he presently is taking courses to complete his General Education Degree (GED), anger management and drug rehabilitation classes.

6. Mr. Dollison believes that if he can maintain his continued attendance in these courses he will be successful of their completion.

Allan Beiswenger
Attorney at Law
01 W 7th Ave.
Anchorage, AK 99501
(07) 868-1280
x (907) 258-6419

7. If Mr. Dollison is required to travel to Alaska to attend resentencing, he will miss a significant amount of class work and could jeopardize his completion, since he is currently scheduled to be released on November 7, 2007.

8. For those reasons, Mr. Dollison is asking the court to enter an order allowing him to appear at resentencing by telephone.

9. Mr. Dollison recognizes that he has a right to personally appear at resentencing. However, he is confident that the court will fairly consider his position at resentencing, as well as what he will say at allocution if he is allowed to appear by telephone.

10. He is making this request now to continue with the educational and rehabilitative opportunities he is presently pursuing.

11. On December 8, 2006, I spoke with Shawn Fuller, Assistant U.S. Attorney who indicated that the government does not oppose this request.

12. An order from the court at this time authorizing Mr. Dollison to appear telephonically should enable him to preserve the opportunities described in this affidavit.

Further affiant saith naught.

_____
ALLAN BEISWENGER

SUBSCRIBED AND SWORN to before me in Anchorage, Alaska this 11th day of December 2006.

_____
Notary Public in and for Alaska
My commission expires: 6/25/09