IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 3:05-CR-0110 RRB |
| | ) | |
| vs. | ) | |
| | ) | |
| DWAYNE DOLLISON JR. | ) | ~~PROPOSED~~ ORDER FOR |
| | ) | DEFENDANT TO APPEAR |
| Defendant. | ) | TELEPHONICALLY FOR |
| | ) | SENTENCING |

On consideration of the defendant's request to appear at resentencing by telephone;

IT IS HEREBY ORDERED that the request is GRANTED. The defendant, Dwayne Dollison Jr., shall be permitted to appear at his resentencing on January 17, 2007 by telephone. The U.S. Marshals Service shall not transport the defendant to the District of Alaska for resentencing without an express order from this court.

Dated: 12/12/06

S/RRB

The Honorable Ralph R. Beistline
U.S. DISTRICT COURT JUDGE

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

AB/AW/Dwayne Dollison/Telephonic Request.doc