UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


          USA    v.    DWANE DOLLISON JR.

DATE:    January 10, 2007     CASE NO.    3:05-CR-0110-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
                REGARDING RE-SENTENCING**

---

      Pursuant to <u>United States v. Evans-Martinez</u>, 448 F.3d 1163 (9th Cir. 2006), the Court hereby provides notice of the potential it will sentence Defendant outside the sentencing guideline range for the reasons articulated by the Court at the February 15, 2006, sentencing hearing, including, but not limited to, Defendant's history of dangerous, antisocial behavior, his pre-occupation with weapons, and the danger Defendant presents to the community.

M.O. RE RE-SENTENCING