NELSON P. COHEN
United States Attorney

SHAWN C. FULLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
e-mail: shawn.fuller@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-110-01(RRB) |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S |
| vs. ) | RE-SENTENCING |
| ) | MEMORANDUM |
| DWAYNE DOLLISON, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOVERNMENT'S SENTENCING MEMORANDUM

    The United States of America, by and through undersigned counsel, respectfully relies upon its previous Sentencing Memorandum filed at docket 5, on February 14, 2006.

    RESPECTFULLY SUBMITTED this 11th day of January, 2007 at

Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ SHAWN C. FULLER
        SHAWN C. FULLER
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Rm 253
        Anchorage, Alaska 99513-7567
        Phone:(907) 271-5071
        Fax: (907) 271-1500
        e-mail: shawn.fuller@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2007,
a copy of the foregoing was served
electronically on:

Allan Beiswenger

s/ Shawn C. Fuller