```
 ATWD3           *        INMATE DISCIPLINE DATA          *    12-07-2006
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD   *    14:40:20

REGISTER NO: 15151-006 NAME..: DOLLISON, DWAYNE JR
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO    MOS PRIOR TO 12-07-2006


G5401       DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```