```
  ATWD3           *          INMATE EDUCATION DATA                *
 PAGE 001 OF 001 *               TRANSCRIPT                       *

 REGISTER NO: 15151-006     NAME..: DOLLISON
 FORMAT.....: TRANSCRIPT    RSP OF: ATW-ATWATER USP

 --------------------------- EDUCATION INFORMATION ------------
 FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME S
 ATW  ESL HAS    ENGLISH PROFICIENT              09-05-2006 1510
 ATW  GED EN     ENROLL GED NON-PROMOTABLE       09-05-2006 1510

 --------------------------- EDUCATION COURSES  ---------------
 SUB-FACL   DESCRIPTION                    START DATE  STOP DATE
 ATW        GED TABE/ABLE WEST SIDE        09-19-2006  CURRENT

 --------------------------- HIGH TEST SCORES   ---------------
 TEST           SUBTEST        SCORE     TEST DATE      TEST FACL
 GED PRAC       MATH           500.0     10-26-2006     ATW
                SCIENCE        420.0     11-02-2006     ATW
                WRITING          0.0     11-02-2006     ATW
```