

LETTER OF APPRECIATION

Jan-08-2007.

Inmate Dewayne Dollison has worked under my direct supervision here at C.M.S. (Safety Dept) U.S.P. Atwater on Electrical Crew #1. He has efficiently performed his assigned tasks as well as all other aspects of the C.M.S. - daily detail...

Inmate Dollison has an excellent attitude towards work, fully co-operates with his peers, very capable of working under pressure and handling multiple tasks.. He is very conscientious in all his endeavors as well as trustworthy and intelligent to his co-workers and staff.

Inmate Dollison interacts very well with Inmates and Staff alike., Inmate Dollison sets an example for others to follow.

During Inmate Dollison's employment he has successfully mastered the following aspects of the Electrical Shop.

- Standard Operating Procedure Instructions.
- Equipment / Tool Care Maintainance
- Wire Splitting / Color Code Coordination
- Equipment Handling
- Lift / Load / Stock Materials
- Other Electrical Duties

U.S.P.
C.O. #2. Mr. Aldman.