Your Honor, Last time I was before you, I was young immature and eaziy influence by my peers. Now that I am incarcerАtioN, I have had the time and solitud to reflect on my past actions and behaviour And I have take the neccassary step to better myself spiritually and mentally. I have enrolled into several G.E.D. class and accepted Jesus Christ, as my lord and saviour, I believe my new outlook on life is a positive, And upon my release, I plan to become a positive influence in my children live as well as a productive citizen in society.

Sincerely Yours

Mr. Dewayne Dollison

MR Dewayne Dollison