```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>DWAYNE DOLLISON, JR.</u>      CASE NO. <u>3:05-cr-00110-RRB</u>
Defendant: <u>X</u> Present-Telephonic <u>X</u> In Custody

BEFORE THE HONORABLE:        <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:       <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:     <u>SHAWN FULLER</u>

DEFENDANT'S ATTORNEY:        <u>ALLAN BEISWENGER</u>

U.S.P.O.:                    <u>BARBARA BURTON</u>

PROCEEDINGS: RE-SENTENCING HELD JANUARY 17, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:12 a.m. court convened.

<u>X</u> Notice of Appeal form given to defense counsel.

<u>X</u> Court stated findings/reasons pursuant to sentencing
    guidelines.

<u>X</u> Imprisonment for a period of <u>27 months. This term consists of
    27 months on each of Counts 1 and 2, all such terms to run
    concurrently.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>3</u>
    years under the usual terms and conditions with special
    conditions of supervised release as stated in the amended
    judgment. This term consists of 3 years on each of Counts 1
    and 2, all such terms to run concurrently.

<u>X</u> Special Assessment $<u>200.00</u>, due <u>immediately.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> OTHER: <u>Chris Liwag sworn and testified on behalf of the
defendant. List of Witnesses filed separately. Appeal rights
given. Payment Coupon given to defense counsel.</u>

At 9:44 a.m. court adjourned.

DATE:   <u>January 17, 2007</u>       DEPUTY CLERK'S INITIALS:   <u>ak</u>