AO 442   (Rev. 05/07)   Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
JAN 18 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

Dwayne Dollison Jr.

**WARRANT FOR ARREST**

Case Number: 3:05-cr-00110-01 (RRB)

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Dwayne Dollison Jr.__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court

[ ] Pretrial Release Violation Petition   [ ] Probation Violation Petition   [X] Supervised Release Violation   [ ] Violation Notice

charging him or her with (brief description of offense)
The defendant has violated four conditions of his supervised release.

USMS-D/ALASKA WARRANTS
FID# 10517/12
WARRANT # 0806-0116-0225-D
Entered NCIC 01/16/2008
Entered APSIN _____
Removed NCIC 1-17-08
Removed APSIN _____

in violation of Title _____ United States Code, Section(s) _____

Ralph R. Beistline
Name of Issuing Officer

U.S. District Court Judge
Title of Issuing Officer

Redacted Signature
Signature of Issuing Officer

Anchorage
Date and Location

1/15/08

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

ANCHORAGE, AK

DATE RECEIVED: 01-16-08
DATE OF ARREST: 01-17-08

NAME AND TITLE OF ARRESTING OFFICER
ANCHORAGE PD

SIGNATURE OF ARRESTING OFFICER
BY [signature] SDUSM