```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. __DWAYNE DOLLISON, JR__  CASE NO. __3:05-CR-00110-RRB__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE:        __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:       __ALEXIS GUTIERREZ / SUZANNETTE LUCERO__

UNITED STATES' ATTORNEY:     __KEVIN FELDIS__

DEFENDANT'S ATTORNEY:        __ALLEN BEISWENGER - CJA APPOINTED__

U.S.P.O.:                    __TIMOTHY ASTLE__

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 43) HELD JANUARY 18, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:40 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to
defendant: waived reading.

_X_ Defendant sworn.

_X_ Defendant stated true name: __DWAYNE DOLLISON__

_X_ Defendant advised of general rights.

_X_ Financial Affidavit **FILED**.

_X_ Federal Public Defender to appoint CJA counsel; FPD notified.

_X_ Defendant **DENIED** allegations __1-13 of the Petition to Revoke Supervised Release__

_X_ Defendant detained; Order of Temporary Detention Pending Hearing **FILED.**

_X_ OTHER: __Evidentiary hearing on Petition to Revoke Supervised Release / Detention Hearing set for **JANUARY 23, 2008 AT 2:30** before John D. Roberts.__

At 1:53 p.m. court adjourned.

DATE: __January 18, 2008__        DEPUTY CLERK'S INITIALS: __AXG/ SCL__

Revised 6-18-07