(Rev 1/08)

# LIST OF EXHIBITS

---

Case No. 3:05-CR-00110-RRB                                    Magistrate Judge: **John D. Roberts**

Title   USA
    vs.
       Dwayne Dollison, JR

Dates of Hearing: 01/23/2008

Deputy Clerk/Recorder: Alexis Gutierrez / Suzannette Lucero

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Kevin Feldis | Allan Beiswenger |
|  |  |
|  |  |

---------------------------------------------------------------EXHIBITS---------------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 01·23·08 | APD Report |  |  |  |  |
| 2 | ✓ | 1·23·08 | Supplmnt of APD Report |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |