MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DWAYNE DOLLISON, JR.__ CASE NO. _3:05-CR-00110-RRB_
Defendant: _X_Present  _X_In Custody

BEFORE THE HONORABLE:_____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER:_____ALEXIS GUTIERREZ/SUZANNETTE LUCERO__

UNITED STATES' ATTORNEY:____KEVIN FELDIS_____

DEFENDANT'S ATTORNEY:_____ALLAN BEISWENGER_____

U.S.P.O.:_____TIM ASTLE_____

PROCEEDINGS: PRELIMINARY HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 43) (EVIDENTIARY HEARING ON
             PETITION TO REVOKE SUPERVISED RELEASE (DKT 43))
             HELD 1/23/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:37 p.m. court convened.

Court stated that this hearing should have been calendared as a
Preliminary Hearing.

Parties stipulated to probable cause re allegation 1; Court
accepted.

Timothy Astle sworn and testified on behalf of the plaintiff.
Plaintiff's exhibits 1 and 2 **ADMITTED.**

Arguments heard.

At 3:15 p.m. court recessed until 3:21 p.m.

Court stated probable cause exists re allegations 2-13.

Court and counsel heard re defendant's oral motion to release
defendant with conditions; **DENIED.**


Continued To Page 2

DATE:_____January 23, 2008_____ DEPUTY CLERK'S INITIALS:_AXG/SCL_


Revised 6-18-07

```
                    Continuation - Page 2
                 U.S.A. vs. Dwayne Dollison, Jr.
                      3:05-cr-00110-RRB
    Preliminary Hearing on Petition to Release Supervised Release
                      January 23, 2008
----------------------------------------------------------------
```

Defendant's detention continued; Order of Detention Pending Trial
**FILED.**

Consent to be filed by **January 28, 2008** or matter shall be
referred to a U.S. District Judge for Evidentiary Hearing.
Parties requested that the Evidentiary Hearing be set in 30 days.

List of Witnesses and List of Exhibits to be filed separately.

At 3:32 p.m. court adjourned.

DATE:_____January 23, 2008_____ DEPUTY CLERK'S INITIALS:_AXG/SCL

Revised 6-18-07