IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DWAYNE DOLLISON JR. ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:05-CR-0110 RRB <br><br> **CONSENT TO MAGISTRATE JUDGE** |

Comes now defendant, Dwayne Dollison, through his attorney, Allan Beiswenger, and hereby agrees to have the evidentiary hearing on the Petition to Revoke Supervised Release heard by the Magistrate Judge.

DATED: January 29, 2008

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Defendant
Dwayne Dollison, Jr.

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK  99501
Phone: (907) 868-1280
Fax: (907) 258-6419
E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

**CERTIFICATE OF SERVICE**
I hereby certify that on 29 January 2008, a copy of the foregoing was served electronically on Kevin Feldis, Assistant U.S. Attorney and Scott Dattan.

s/Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

AB/AW/Dwayne Dollison/Proposed Order.doc