IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 3:05-CR-0110 RRB |
| ) | |
| vs. ) | |
| ) | |
| DWAYNE DOLLISON JR. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF INTENT TO ENTER ADMISSIONS

Comes now Defendant, Dwayne Dollison, Jr., through his attorney, Allan Beiswenger, and hereby gives notice of Defendant's intent to enter admissions to various violations as alleged in the PETITION (Document No. 43) at the time of his evidentiary hearing, currently scheduled for February 22, 2008, at 2:00 p.m. Mr. Dollison will be entering admissions to violation numbers 1, 4, 6, 8, 12, and 13, and the Government has agreed to dismiss the remaining violations.

DATED: February 21, 2008

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Defendant
Dwayne Dollison, Jr.

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK  99501
Phone: (907) 868-1280
Fax: (907) 258-6419
E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

**CERTIFICATE OF SERVICE**
I hereby certify that on 21 February 2008, a copy of the foregoing was served electronically on Kevin Feldis, Assistant U.S. Attorney.

s/Allan Beiswenger

AB/AW/Dwayne Dollison/Notice of Intent to Enter Admissions.doc

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419