```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  DWAYNE DOLLISON, JR.    CASE NO. 3:05-CR-00110-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            DWAYNE DOLLISON, JR.

DEPUTY CLERK/RECORDER:           SAMANTHA LARK

UNITED STATES' ATTORNEY:         KEVIN FELDIS

DEFENDANT'S ATTORNEY:            ALLAN D. BEISWENGER

U.S.P.O.:                        TIM ASTLE

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 43) HELD 02/22/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.

 X Defendant sworn.

 X Defendant **ADMITTED** allegations  1, 4, 6, 8, 12 and 13 of the
Petition to Revoke Supervised Release (DKT 43).  Allegations 2,
3, 5, 7, 9, 10 and 11 of the Petition to Revoke Supervised
Release (DKT 43) to be dismissed at the Final Disposition
hearing.

 X Matter to be referred to U.S. District Judge for:
 X Final Disposition Hearing.

 X Defendant's detention continued.

 X OTHER: Parties request that Final Disposition Hearing be set
out 30 days.

At 2:22 p.m. court adjourned.




DATE: February 22, 2008          DEPUTY CLERK'S INITIALS:   sal

Revised 6-18-07