Mr. Judge Beistline,

I wanted to start by saying over the past four years I had a long while to evaluate myself and my situation in life, listening to what you said. Just about me while being sentenced made me think, because I know not everything is bad about anything. Just because you need for imprisonment and the FBOP, send me to Lompoc, Cal, a U.S.P. I have by myself first hand see people who was not there. Serious. People who are real people trying to change it was too late for them, because they receive life sentences or some who get to go into the federal life style.

In seeing that first hand I wanted I wanted to change. I didn't want to become one of them. So seeing that I had an opportunity to change my life and take advantage of it, I accepted God into my life took every class possible, also making sure I got my G.E.D.

Upon me coming home I felt I wasn't the same person I once was and I had made the necessary changes to be better, but the people I was once around wouldn't couldn't

and have times made life very hard for me, being that it wasn't trying to be my real self or trying to re-offend, getting back into my old life-style.

Now trial I'm back on a violation I have pushed myself, but even though I have fallen I haven't given up on myself, because I know that people aren't perfect and do make mistakes and in seeing this I see I do have more improvements to make.

After I finish paying back my debt for violating and to the community I will be able to get out and start somewhere new.

Thanks for taking the time to read my letter.

                                    Sincerely,

                                    [signature]

To Judge Beistline,

Dwayne Wilson Jr. has been a person in my life for about five years. Over the five years I have grown to know and love Dwayne and I have great hope for the future he sincerely wants to have. We talk all the time, everyday, we talk about the things we want to accomplish in life and the States and Countries we would love to travel to. I tell Dwayne all the time, things need to change in your life the people, your attitude, and most of all your self respect. He is a smart person, as you can see he passed his G.E.D. with high scores. I know Dwayne has it in him to be the person he is hoping to be. It takes time and there will be mistakes made on the path to a better future. I don't think throwing Dwayne back into jail every time will help him accomplish his life the way he wants it. I see it puts a hold and a set back as I have seen in the past. Now Dwayne has come a long way from 2005 and Dwayne is not perfect but he is closer and I know he does not want to be sent back to California to do anymore time. He told me its not worth risking his life to go back there. He also told me he wants to be a great father and wants to work towards that. How can you work towards bettering better in life without mistakes. So when Dwayne gets out this last time, I know he would like to live and start somewhere new. He needs people, friend to believe in him, which I do too. Thank you

Bailey Landreau

Attachment B