NELSON P. COHEN
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-110-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>GOVERNMENT'S</u> |
| vs. | ) | <u>SENTENCING</u> |
| | ) | <u>MEMORANDUM</u> |
| DWAYNE DOLLISON, JR., | ) | <u>REGARDING</u> |
| | ) | <u>VIOLATIONS OF</u> |
| Defendant. | ) | <u>SUPERVISED RELEASE</u> |
| | ) | |
| | ) | |

      The United States hereby files this sentencing memorandum regarding Mr. Dollison's violations of supervised release.

      On January 17, 2007, the defendant was sentenced to 27 months imprisonment followed by three years of supervised release for two counts of

Felon in Possession of a Firearm.  The defendant's term of supervised release commenced on August 17, 2007.  Almost immediately, the defendant began to re-offend.  On August 19, 2007, he used marijuana.  From thereafter, he entered into a pattern of drug use, not being where he was supposed to be living, failure to appear for his random drug testing, and failure to cooperate with his mental health treatment program.

On January 1, 2008, things took an even more serious turn for the worse.  Police Officers from the Anchorage Police Department responded to a call that Dollison was on his way to the house of the former boyfriend of his current girlfriend with a gun.  The caller said Dollison would be arriving in a White Cadillac Escalade.

Police arrived at the residence in time to see a White Cadillac Escalade drive up, driven by Dollison.  They stopped the car and removed Dollison from the driver's seat, his new girlfriend from the front passenger seat, and another male from the backseat.  It is undisputed that a Smith & Wesson semi-automatic handgun was later found between the center console and the front passenger seat.  In the car, police also found a digital scale of the type commonly used for drug dealing.  See Exhibits 1 and 2.

Dollison has not admitted to possession of the firearm or of drug dealing in connection with his revocation. It is also true that no fingerprints suitable for comparison were found on the gun. This however, does not exonerate Mr. Dollison. For the purposes of sentencing, the government believes that it is relevant and appropriate for the court to consider the circumstances under which defendant was found.

In light of defendant's criminal history, and the totality of the circumstances, the United States recommends a sentence of 12 months. Contrary to the defendant's request, It would not be appropriate to sentence him to 12 months and 1 day. That would in effect result in a 10 month sentence.

In addition, the United States believes it is appropriate for the defendant to serve a 1 year term of supervised release to follow. He continues to be a danger to the community. His original term of supervised release was 3 years. He had only served six months of that time when he was arrested.

//
//
//
//
//

12 months of jail, and 12 months of supervision provides that best balance of punishment, rehabilitation and protection of the community.

RESPECTFULLY SUBMITTED this 1st day of April, 2008 at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Kevin Feldis
        KEVIN FELDIS
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: kevin.feldis@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2008,
a copy of the foregoing **Government's
Sentencing Memorandum Regarding
Violations of Supervised Release**
was served electronically on:

Allan Beiswenger
Counsel for Defendant

s/ Kevin Feldis
Assistant U.S. Attorney