

# ANCHORAGE POLICE DEPARTMENT
## POLICE REPORT



*ALLEGATIONS NINE/TEN/ELEVEN*

Offense Level **FEL**   Case Number: **08-37**

| INCIDENT DATA | DATE/TIME OF REPORT | CAD OFFENSE | OFFICER NAME | APPROVING SUPERVISOR NAME | CASE NUMBER |
|---|---|---|---|---|---|
| | 1/1/08 3:45 | DRUGS | Vrablik III, George R 28240 | Norton _ 1545 | 08-37____ |

| REPORT TYPE | INCIDENT NUMBER |
|---|---|
| Original | |

| LOCATION OF INCIDENT | | DISTRICT | AREA |
|---|---|---|---|
| Reported address | 1207 W. 38TH #5 ANCHORAGE, AK | West | 22 |
| Actual address | 1207 W. 38TH #5 ANCHORAGE, AK | | |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/ MUNICIPAL CODE |
|---|---|---|---|---|
| 1/1/08 3:45 | MICS 4-possess any amount IA, IIA | | 3599D | AS11.71.040(A)(3)(A) |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|
| | | | | |

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|
| | | | Possessing/Concealing |

| ALCOHOL RELATED | GANG RELATED | DRUG | DV | HATE CRIME | OFFICER COMPLAINT | CROSS REFERENCE | CROSS REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| NO | YES | YES | NO | NO | NO | NO | |

| OCCURRED FROM | 24HR CLOCK | TO | OCCURRED TO | 24HR CLOCK | DAY OF WEEK | CASE STATUS | FOLLOW UP | EXCEPTIONAL CLEARANCE | CLEARANCE DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | TO | | | Tue | Pending | Officer | Not Applicable | |

### PERSON  COMPLAINANT

| NAME (LAST, FIRST, MIDDLE) | DOB | AGE | RACE | SEX | ETHNICITY | SSN |
|---|---|---|---|---|---|---|
| SANDERS, LISA RENAE | 08/30/1965 | 42 | White | Female | | 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 |

| ADDRESS | CITY | STATE | ZIP CODE | RESIDENCE PHONE |
|---|---|---|---|---|
| 1207 W. 38TH #5 | ANCHORAGE | AK | | (907) 274-5472 |

| BUSINESS ADDRESS | CITY | STATE | ZIP CODE | BUSINESS PHONE | EMPLOYER |
|---|---|---|---|---|---|
| | | | | | DISABLED |

| MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1207 W. 38TH #5 | ANCHORAGE | AK | |

| AKA /MAIDEN NAME | DL & DL STATE | STATE ID/ STATE | GANG AFFILIATION |
|---|---|---|---|
| | 6046602 AK | / AK | |

### PERSON  INTERVIEWED

| NAME (LAST, FIRST, MIDDLE) | DOB | AGE | RACE | SEX | ETHNICITY | SSN |
|---|---|---|---|---|---|---|
| DEVEROUX, PREVIN RENEE II | 03/27/1986 | 21 | Black | Male | | 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 |

| ADDRESS | CITY | STATE | ZIP CODE | RESIDENCE PHONE |
|---|---|---|---|---|
| 1207 W. 38TH #5 | ANCHORAGE | AK | | (907) 884-5113 |

| BUSINESS ADDRESS | CITY | STATE | ZIP CODE | BUSINESS PHONE | EMPLOYER |
|---|---|---|---|---|---|
| | | | | (907) 276-2996 | SAM'S CLUB |

| MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1207 W. 38TH #5 | ANCHORAGE | AK | |

| AKA /MAIDEN NAME | DL & DL STATE | STATE ID/ STATE | GANG AFFILIATION |
|---|---|---|---|
| | 7048176 AK | / AK | |

Offense Level **FEL**    Case Number: **08-37**

### PERSON INTERVIEWED

| NAME (LAST, FIRST, MIDDLE) | DOB | AGE | RACE | SEX | ETHNICITY | SSN |
|---|---|---|---|---|---|---|
| DEVEROUX, JANETA SHANTE | 06/19/1987 | 20 | Black | Female | | 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 |

| ADDRESS | CITY | STATE | ZIP CODE | RESIDENCE PHONE |
|---|---|---|---|---|
| 6530 DOIL DR. | ANCHORAGE | AK | | (907) 727-3076 |

| BUSINESS ADDRESS | CITY | STATE | ZIP CODE | BUSINESS PHONE | EMPLOYER |
|---|---|---|---|---|---|
| | | | | | PAID BY STATE 2 BABYSIT SISTERS KIDS |

| MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6530 DOIL DR. | ANCHORAGE | AK | |

| AKA/MAIDEN NAME | OL & OL STATE | STATE ID/STATE | GANG AFFILIATION |
|---|---|---|---|
| | 7117201 AK | / AK | |

### PERSON MENTIONED

| NAME (LAST, FIRST, MIDDLE) | DOB | AGE | RACE | SEX | ETHNICITY | SSN |
|---|---|---|---|---|---|---|
| DEVEROUX, STEVEN ANTHONY | 06/01/1988 | 19 | Black | Male | | 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 |

| ADDRESS | CITY | STATE | ZIP CODE | RESIDENCE PHONE |
|---|---|---|---|---|
| 1207 W 30TH #5 | ANCHORAGE | AK | | (907) 274-5472 |

| BUSINESS ADDRESS | CITY | STATE | ZIP CODE | BUSINESS PHONE | EMPLOYER |
|---|---|---|---|---|---|
| | | | | | UNEMPLOYED |

| MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1207 W 30TH #5 | ANCHORAGE | AK | |

| AKA/MAIDEN NAME | OL & OL STATE | STATE ID/STATE | GANG AFFILIATION |
|---|---|---|---|
| | 7119817 AK | / AK | |

### PERSON MENTIONED

| NAME (LAST, FIRST, MIDDLE) | DOB | AGE | RACE | SEX | ETHNICITY | SSN |
|---|---|---|---|---|---|---|
| SHETTERS, AMANDA ELIZABETH | 09/21/1987 | 20 | Am Indian/Ak Native | Female | | 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 |

| ADDRESS | CITY | STATE | ZIP CODE | RESIDENCE PHONE |
|---|---|---|---|---|
| 1708 RUSSIAN JACK # 1 | ANCHORAGE | AK | | |

| BUSINESS ADDRESS | CITY | STATE | ZIP CODE | BUSINESS PHONE | EMPLOYER |
|---|---|---|---|---|---|
| | | | | | |

| MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| AKA/MAIDEN NAME | OL & OL STATE | STATE ID/STATE | GANG AFFILIATION |
|---|---|---|---|
| | 7086232 AK | / AK | |

### PERSON MENTIONED

| NAME (LAST, FIRST, MIDDLE) | DOB | AGE | RACE | SEX | ETHNICITY | SSN |
|---|---|---|---|---|---|---|
| LANDRUM, BRITTANY NICOLE | 04/11/1988 | 19 | White | Female | | 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 |

| ADDRESS | CITY | STATE | ZIP CODE | RESIDENCE PHONE |
|---|---|---|---|---|
| 7410 NANCY ST UNIT 2 | ANCHORAGE | AK | | |

| BUSINESS ADDRESS | CITY | STATE | ZIP CODE | BUSINESS PHONE | EMPLOYER |
|---|---|---|---|---|---|
| | | | | | |

| MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| AKA/MAIDEN NAME | OL & OL STATE | STATE ID/STATE | GANG AFFILIATION |
|---|---|---|---|
| | 7124466 AK | / AK | |

Offense Level: FEL  Case Number: 08-37

**PERSON  DRIVER**

| NAME (LAST, FIRST, MIDDLE) | DOB | AGE | RACE | SEX | ETHNICITY | SSN |
|---|---|---|---|---|---|---|
| DOLLISON, DWAYNE JR | 11/02/1982 | 25 | Black | Male | | 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 |

| ADDRESS | CITY | STATE | ZIP CODE | RESIDENCE PHONE |
|---|---|---|---|---|
| | | | | |

| BUSINESS ADDRESS | CITY | STATE | ZIP CODE | BUSINESS PHONE | EMPLOYER |
|---|---|---|---|---|---|
| | | | | | |

| MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| AKA/MAIDEN NAME | OL & OL STATE | STATE ID/ STATE | GANG AFFILIATION |
|---|---|---|---|
| | AK | / AK | |

**VEHICLE PROPERTY 1**

| OFFENSE LEVEL | PROPERTY TAG # | INVOLVEMENT | CATEGORY | PROPERTY CODE | TYPE OF ARTICLE (IN BRS) |
|---|---|---|---|---|---|
| | | Evd | | | |

| INVOLVEMENT | VEH. LICENSE NO | STATE | YEAR | VIN | STOLEN/RECOVERED VALUE |
|---|---|---|---|---|---|
| | EJK477 | | 2000 | 1GYEK13R1YR108127 | |

| TYPE | MAKE | MODEL | OWNER APPLIED # | RECOVERY DAMAGE |
|---|---|---|---|---|
| | Cadillac | Escalade | | |

| BODY STYLE | COLOR | VEHICLE IMPOUNDED | LOCATION OF KEYS |
|---|---|---|---|
| 4-Door Sedan | WHI | Yes | In Vehicle |

| DESCRIPTION |
|---|
| |

| PROPERTY OWNER | OWNER ADDRESS | OWNER HOME PHONE | ASSOCIATED PERSON |
|---|---|---|---|
| | | | |

**NARRATIVE**

**SYNOPSIS**
On 1/1/2008 at about 0345 hours DOLLISON drove up to 1207 W. 38th #5 with his girlfriend, SHETTERS, after threatening the residents of 1207 W. 38th #5 to come back to the residence with a gun. There was a third male passenger in the vehicle DOLLISON was operating. The vehicle was AK plate EJK477. DOLLISON was extricated from the vehicle during a felony traffic stop. In plain view on the floor board of the driver seat was a digital scale, which is commonly used in weighting illegal drugs prior to distribution. DOLLISON is currently on Federal Probation for being a felon is possession of a gun. No gun was ever seen by the complainants or the persons interviewed. The vehicle was seized as evidence. Case is pending.

**DISPATCH**
On 1/1/2008 at about 0345 hours I was dispatched to 1207 W. 38th #5. The caller was reporting that her son's ex-girlfriends new boyfriend was enroute to their residence with a gun. The caller was reporting that the ex-girlfriend and new beau would be arriving in a white Cadillac Escalade.

**ARRIVAL OBSERVATIONS**
On arrival in the area I observed a white Cadillac Escalade pulling up in front of the residence. The vehicle had the AK plate EJK477. I activated my over head lights and conducted a traffic stop of the vehicle.

**ACTION TAKEN**
With the assistance of OFC ALLEN, OFC MCCULLEY and OFC BUSBY, we conducted a felony stop of the vehicle. We removed all three occupants of the vehicle, one at a time and placed them into handcuffs. The driver was identified as DOLLISON and the front seat passenger was identified as SHETTERS. SHETTERS is the ex-girlfriend of PREVIN, who lives at 1207 W. 38th #5. After the occupants were removed from the vehicle I approached the open drivers door to clear the car of any other occupants who might be hiding inside of the car. On the floor of the drivers seat I observed a small digital scale. These scales are commonly used to weight illegal drugs prior to sale or distribution. Once the three occupants of the vehicle were secured in patrol cars I went to contact the complainants at 1207 W. 38th #5. Inside of the apartment I contacted LISA SANDERS, PREVIN DEVEROUX, JANETA DEVEROUX and STEVEN DEVEROUX.

Offense Level   FEL   Case Number:   08-37

Narrative Continued

### INTERVIEW WITH PREVIN ( See Tape )
PREVIN said he had dated SHETTERS for about 6 years and they have a four year old child together. He said they recently broke up and she was dating someone else. He said tonight his sister, JANETA had caught a ride with SHETTERS and the male we had pulled from the drivers seat of the Escalade (DOLLISON). He said SHETTERS had called him and threatened him, saying she was coming back to his house and her boyfriend was bringing a gun with him. PREVIN was concerned that there would be a shooting at his house if the vehicle returned. PREVIN did not recognize the driver (DOLLISON) or the back seat passenger who was a male.

### INTERVIEW WITH JANETA ( See Tape )
JANETA said she had come home and gotten into an argument with her mother LISA. She said she had called SHETTERS who had offered to give her a ride home. JANETA said SHETTERS arrived in the white Cadillac Escalade with the same driver we had pulled from the vehicle (DOLLISON) and the other male passenger. JANETA said she got into the back seat and the male began to drive her home. She said enroute to her house the driver (DOLLISON) began to rant about someone at her house pointing a gun at him. JANETA said no one at her house had a gun and no one had implied having a gun. She said she didn't know where the driver (DOLLISON) was getting his ideas from. The driver (DOLLISON) kept his right hand in his jacket pocket and kept threatening that he was "strapped" with a gun and he was going to bring it back to her house. JANETA said she never saw a gun, but the driver kept acting like he had one. JANETA requested to be let out of the car. She said she had to jump out of the car when it stopped for a red light at Tudor and Arctic. She said when she got out of the car, the driver (DOLLSION) reminded her that he was going back to her house with his gun. JANETA walked home and advised her brother, PREVIN, of the pending return of the Escalade. She said shortly after getting home PREVIN had a heated argument with SHETTERS over the phone and then the Escalade showed up at the residence, quickly followed by police officers.

### INTERVIEW WITH LISA ( See Tape )
LISA said she had heard the threats that SHETTERS and her friends were making against her family and called 911. She said while she was on the phone with 911 she was repeating the threats that PREVIN were repeating over the phone. She saw the Escalade arrive and then the police officers arrive on scene. LISA never saw a gun in the vehicle.

### CONTACT WITH STEVEN ( See Tape)
STEVEN said he did not talk with anyone, but was present when everyone was worrying about the return of SHETTERS and the Escalade.

### ACTION TAKEN
The vehicle was impounded for evidence to Indoor Secure Storage.

### CASE STATUS
The case is pending the application of a search warrant.

| | | | | | UCR CODE | CLASS |
|---|---|---|---|---|---|---|
| [X] FEL [ ] MISD [ ] NC | | Municipality of Anchorage POLICE DEPARTMENT PROPERTY REPORT | | | 18 | |
| CROSS REF. # | | | | | CASE NUMBER 08-37____ | |
| TYPE INCIDENT DRUGS | | [X] ORIGINAL REPORT   [ ] SUPPLEMENTAL REPORT | | DATE AND TIME OCCURRED 01/01/2008 03:45 | INCIDENT # | |
| LOCATION INCIDENT 1207 W. 38TH #5, ANCHORAGE, AK | | | | DATE AND TIME REPORTED 01/01/2008 03:45 | | |

**DRUG Tag#**

| INVOLVEMENT | SUB-INVOLVEMENT | DESCRIPTION | | |
|---|---|---|---|---|
| Evidence | | | | |
| PROPERTY CODE DRUG PARAPHERNALIA:2:PARA | NIBRS CODE | TYPE | QUANTITY | MEASUREMENT |
| OTHER DESCRIPTIVE DATA | | | | |

**SYNOPSIS**
On 1/1/2008 at about 0345 hours DOLLISON drove up to 1207 W. 38th #5 with his girlfriend, SHETTERS, after threatening the residents of 1207 W. 38th #5 to come back to the residence with a gun. There was a third male passenger in the vehicle DOLLISON was operating. The vehicle was AK plate EJK477. DOLLISON was extricated from the vehicle during a felony traffic stop. In plain view on the floor board of the driver seat was a digital scale, which is commonly used in weighting illegal drugs prior to distribution. DOLLISON is currently on Federal Probation for being a felon is possession of a gun. No gun was ever seen by the complainants or the persons interviewed. The vehicle was seized as evidence. Case is pending.

**DISPATCH**
On 1/1/2008 at about 0345 hours I was dispatched to 1207 W. 38th #5. The caller was reporting that her son's ex-girlfriends new boyfriend was enroute to their residence with a gun. The caller was reporting that the ex-girlfriend and new beau would be arriving in a white Cadillac Escalade.

**ARRIVAL OBSERVATIONS**
On arrival in the area I observed a white Cadillac Escalade pulling up in front of the residence. The vehicle had the AK plate EJK477. I activated my over head lights and conducted a traffic stop of the vehicle.

**ACTION TAKEN**
With the assistance of OFC ALLEN, OFC MCCULLEY and OFC BUSBY, we conducted a felony stop of the vehicle. We removed all three occupants of the vehicle, one at a time and placed them into handcuffs. The driver was identified as DOLLISON and the front seat passenger was identified as SHETTERS. SHETTERS is the ex-girlfriend of PREVIN, who lives at 1207 W. 38th #5. After the occupants were removed from the vehicle I approached the open drivers door to clear the car of any other occupants who might be hiding inside of the car. On the floor of the drivers seat I observed a small digital scale. These scales are commonly used to weight illegal drugs prior to sale or distribution. Once the three occupants of the vehicle were secured in patrol cars I went to contact the complainants at 1207 W. 38th #5. Inside of the apartment I contacted LISA SANDERS, PREVIN DEVEROUX, JANETA DEVEROUX and STEVEN DEVEROUX.

**INTERVIEW WITH PREVIN ( See Tape )**
PREVIN said he had dated SHETTERS for about 6 years and they have a four year old child together. He said they recently broke up and she was dating someone else. He said tonight his sister, JANETA had caught a ride with SHETTERS and the male we had pulled from the drivers seat of the Escalade (DOLLISON). He said SHETTERS had called him and threatened him, saying she was coming back to his house and her boyfriend was bringing a gun with him. PREVIN was concerned that there would be a shooting at his house if the vehicle returned. PREVIN did not recognize the driver (DOLLISON) or the back seat passenger who was a male.

**INTERVIEW WITH JANETA ( See Tape )**
JANETA said she had come home and gotten into an argument with her mother LISA. She said she had called SHETTERS who had offered to give her a ride home. JANETA said SHETTERS arrived in the white Cadillac Escalade with the same driver we had pulled from the vehicle (DOLLISON) and the other male passenger.

| ☒ FEL ☐ MISD ☐ NC | Municipality of Anchorage POLICE DEPARTMENT PROPERTY REPORT | | UCR CODE 18 | CLASS |
|---|---|---|---|---|
| CROSS REF # | | | CASE NUMBER 08-37____ | |
| TYPE INCIDENT DRUGS | ☒ ORIGINAL REPORT  ☐ SUPPLEMENTAL REPORT | DATE AND TIME OCCURRED 01/01/2008 03:45 | INCIDENT # | |
| LOCATION INCIDENT 1207 W. 38TH #5, ANCHORAGE, AK | | DATE AND TIME REPORTED 01/01/2008 03:45 | | |

JANETA said she got into the back seat and the male began to drive her home. She said enroute to her house the driver (DOLLISON) began to rant about someone at her house pointing a gun at him. JANETA said no one at her house had a gun and no one had implied having a gun. She said she didn't know where the driver (DOLLISON) was getting his ideas from. The driver (DOLLISON) kept his right hand in his jacket pocket and kept threatening that he was "strapped" with a gun and he was going to bring it back to her house. JANETA said she never saw a gun, but the driver kept acting like he had one. JANETA requested to be let out of the car. She said she had to jump out of the car when it stopped for a red light at Tudor and Arctic. She said when she got out of the car, the driver (DOLLSION) reminded her that he was going back to her house with his gun. JANETA walked home and advised her brother, PREVIN, of the pending return of the Escalade. She said shortly after getting home PREVIN had a heated argument with SHETTERS over the phone and then the Escalade showed up at the residence, quickly followed by police officers.

INTERVIEW WITH LISA ( See Tape )
 LISA said she had heard the threats that SHETTERS and her friends were making against her family and called 911. She said while she was on the phone with 911 she was repeating the threats that PREVIN were repeating over the phone. She saw the Escalade arrive and then the police officers arrive on scene. LISA never saw a gun in the vehicle.

CONTACT WITH STEVEN ( See Tape)
 STEVEN said he did not talk with anyone, but was present when everyone was worrying about the return of SHETTERS and the Escalade.

ACTION TAKEN
 The vehicle was impounded for evidence to Indoor Secure Storage.

CASE STATUS
 The case is pending the application of a search warrant.