

# ANCHORAGE POLICE DEPARTMENT
## POLICE REPORT

Offense Level **FEL**   Case Number: **08-37**

| INCIDENT DATA | DATE/TIME OF REPORT | CAD OFFENSE | OFFICER NAME | APPROVING SUPERVISOR NAME | CASE NUMBER |
|---|---|---|---|---|---|
|  | 1/1/08  3:45 | DRUGS | Vrablik III, George R 28240 | Herrell _ 27441 | 08-37____ |

| REPORT TYPE | INCIDENT NUMBER |
|---|---|
| Supplemental | |

| LOCATION OF INCIDENT | | | DISTRICT | AREA |
|---|---|---|---|---|
| Reported address | 1207 W. 38TH ANCHORAGE, AK | | West | 22 |
| Actual address | 1207 W. 38TH ANCHORAGE, AK | | | |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/MUNICIPAL CODE |
|---|---|---|---|---|
| 1/1/08  3:45 | | | | |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|
| | | | | |

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|
| | | | |

| ALCOHOL RELATED | GANG RELATED | DRUG | DV | HATE CRIME | OFFICER COMPLAINT | CROSS REFERENCE | CROSS REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| NO | NO | YES | NO | NO | NO | NO | |

| OCCURRED FROM | 24HR CLOCK | TO | OCCURRED TO | 24HR CLOCK | DAY OF WEEK | CASE STATUS | FOLLOWUP | EXCEPTIONAL CLEARANCE | CLEARANCE DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | TO | | | Tue | Pending | Officer | Not Applicable | |

## SUSPECT

| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | AGE | RACE | SEX | ETHNICITY | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|
| DOLLISON, DWAYNE JR | 11/02/1982 | 25 | Black | Male | | 510 | 165 | Black | Brown |

| FACIAL HAIR | GLASSES | TATTOOS |
|---|---|---|
| | | |

| SCARS | CLOTHING | COMPLEXION | DISTINGUISHING MARKS |
|---|---|---|---|
| | | | |

| HAIR STYLE | HANDED | TEETH | BODY BUILD | TAPED? | INTERVIEWED BY |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE | D.L./O.L. STATE | STATE ID/ STATE | SSN |
|---|---|---|---|---|---|---|---|
| 7410 NANCY | ANCHORAGE | AK | | | 6845461 AK | AK | 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 |

| BUSINESS ADDRESS | CITY | STATE | ZIP CODE | BUSINESS PHONE | EMPLOYER NAME | OCCUPATION |
|---|---|---|---|---|---|---|
| | | | | | | |

| RESIDENTIAL ADDRESS SAME AS MAILING ADDRESS | MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| No | | | | |

| AKA/MAIDEN NAME | GANG AFFILIATION |
|---|---|
| | |

## VEHICLE PROPERTY 1

| OFFENSE LEVEL | PROPERTY TAG # | INVOLVEMENT | CATEGORY | PROPERTY CODE |
|---|---|---|---|---|
| | | Rep | | |

| INVOLVEMENT | VEH LICENSE NO | STATE | YEAR | VIN |
|---|---|---|---|---|
| | EJK477 | | 2000 | 1GYEK13R1YR108127 |

| TYPE | MAKE | MODEL | OWNER APPLIED # |
|---|---|---|---|
| | Cadillac | | |

| BODY STYLE | COLOR | VEHICLE IMPOUNDED |
|---|---|---|
| | WHI | |

| DESCRIPTION |
|---|
| |

| PROPERTY OWNER | OWNER ADDRESS | OWNER HOME PHONE | ASSOCIATED PERSON |
|---|---|---|---|
| | | | DOLLISON, DWAYNE |

### NARRATIVE

**ACTION TAKEN**
On 1/7/2008 I applied for and was granted a search warrant for AK plate EJK477. The focus of the search

Offense Level  FEL    Case Number: 08-37

### Narrative Continued

warrant was for firearms and drugs. The warrant was served on 1/7/2008 at about 0430 hours as APD Indoor Secure Storage.

### OBSERVATIONS

During the course of the search a semi-automatic Smith & Wesson handgun was seized from the front passenger compartment. The gun was positioned grip up, muzzle to the rear of the car, between the passenger seat and center console. On the drivers side floor was a digital scale with white powder residue. On the floor behind the front passenger seat was another digital scale with white powder residue.

### ACTION TAKEN

These items were seized as part of the search warrant. The handgun had a live round of ammunition in the chamber and 14 rounds of ammunition in the magazine. The gun was chambered in 9mm and a check of the serial number showed that it had not been reported as stolen. The scales, gun and ammunition were logged into property and evidence, along with the photographs taken by OFC MCCULLEY, who assisted with the warrant service. A copy of the warrant was left inside of the vehicle and photographed in place. The warrant was returned through APD Records. A lab request was submitted for testing of the gun and scales for DNA, fingerprint and drug identification. I contacted U.S. Probations regarding the search warrant results and DOLLISON as the suspect.

### CASE STATUS

Case is pending.