MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. DWAYNE DOLLISON, JR.      CASE NO. 3:05-CR-00110-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:          KEVIN FELDIS

DEFENDANT'S ATTORNEY:          ALLAN BEISWENGER

U.S.P.O.:          TIM ASTLE

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
           SUPERVISED RELEASE (DKT 43) HELD APRIL 2, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:07 a.m. court convened.

_X_ FINAL DISPOSITION HEARING:

    _X_ Supervised Release revoked.

    _X_ Defendant imprisoned for a period of 18 months.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ OTHER: Court and counsel heard re plaintiff's oral motion to
dismiss allegations 2, 3, 5, 7, 9, 10, and 11 of the Petition to
Revoke Supervised Release; **GRANTED.**

At 10:36 a.m. court adjourned.

DATE:      April 2, 2008      DEPUTY CLERK'S INITIALS: AMK

Revised 6-18-07