

APR 03 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

DWAYNE DOLLISON, JR.

2nd **AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or
Supervised Release)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed 2/15/2006)
Case Number: 3:05-CR-00110-RRB
Allan Beiswenger
          Defendant's Attorney

Defendant's probation officer filed a petition on 01/15/2008 accusing defendant of 13 violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 1, 4, 6, 8, 12, and 13 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Used marijuana | 08/19/07 | C |
| 4 | Special | Fail to report | 09/14/07 | C |
| 6 | Special | Fail to report | 11/21/07 | C |
| 8 | Special | Fail to report | 12/12/07 | C |
| 12 | Special | Fail to report | 01/07/08 | C |
| 13 | Special | Non-compliant with mental health treatment | 01/09/08 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or
[X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 2, 2008
Date of Disposition Hearing

SIGNATURE REDACTED

Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

April 3, 2008
Date

Defendant: DWAYNE DOLLISON, JR.　　　2ND Amended Judgment--Page 2 of 2
Case No.:　 3:05-CR-00110-RRB

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release [X]　probation [_]　having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 18 months.

[_]　The court makes the following recommendations to the Bureau of Prisons:

[X]　The defendant is remanded to the custody of the United States Marshal.
[_]　The defendant shall surrender to the United States Marshal for this district,
　　　　　　　　　　　a.m.
　　　[_] at _____ p.m. on _____.
[_]　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
　　　[_] before 2 p.m. on _____.
　　　[_] as notified by the United States Marshal.
　　　[_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States Marshal

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　Deputy Marshal

AO245.REV